# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK
**300 Quarropas Street**
**White Plains, NY 10601**

---

| | |
|---|---|
| IN RE: Earl Simmons | CASE NO.: 16–23670–rdd |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: xxx–xx–2580 | CHAPTER: 13 |

---

## NOTICE OF DISMISSAL

An order of dismissal was entered by the Honorable Robert D. Drain in this Chapter 13 case.

Earl Simmons was dismissed from the case on March 27, 2017 WITH PREJUDICE.

Dated: March 27, 2017                                Vito Genna
                                                    Clerk of the Court